IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RANDLE                                                                 PLAINTIFF

            v.                   Civil No. 06-5083

BENTON COUNTY JAIL; BENTON
COUNTY SHERIFF'S OFFICE                                DEFENDANTS

## **O R D E R**

Plaintiff's complaint was filed in this case on May 9, 2006. By order entered on June 1, 2006 (Doc. 5), plaintiff was directed to complete and sign an attached addendum to his complaint, and return the same to the court by July 3, 2006. On June 12, 2006, the court's order and attached addendum sent to the plaintiff at the Benton County Detention Center were returned as undeliverable (attempted not known).

To date, the inmate list on the website maintained by the Benton County Sheriff's Office, www.co.benton.ar.us/Sheriff/Inmate.htm, shows Robert Randle is incarcerated at that facility under booking id number 75148. **The clerk of court is directed to send** plaintiff another copy of document 5 and the attached addendum. Plaintiff is given an extension of time until **July 28, 2006,** to complete, sign, and return, the addendum to this court.

IT IS SO ORDERED this 7th day of July 2006.

                                                        /s/ Beverly Stites Jones
                                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)