IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RANDLE                                                                    PLAINTIFF

           v.           Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY
PRUITT; DR. NEIL MULLINS;
and NURSE SUE McDONALD                                                DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 23, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 15th day of August 2006.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)