IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ROBERT RANDLE                                                    PLAINTIFF

                    v.                    Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY
PRUITT; DR. NEIL MULLINS;
and NURSE SUE McDONALD                                          DEFENDANTS


**O R D E R**

The defendants have filed a motion for summary judgment (Doc. 17).  To assist plaintiff

in responding to the summary judgment motion, the undersigned is propounding a questionnaire.

The court will consider plaintiff's response to the questionnaire in issuing a report and

recommendation on the summary judgment motion.

For this reason, Robert Randle is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **June 18, 2007**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 21st day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


ROBERT RANDLE                                                                      PLAINTIFF

                    v.                        Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY
PRUITT; DR. NEIL MULLINS;
and NURSE SUE McDONALD                                                    DEFENDANTS


**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  ROBERT RANDLE

         These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **June 18, 2007.**

         1.  You were booked into the Benton County Detention Center (BCDC) on March 2,

2006.

         Agree_____ Disagree_____Without knowledge to agree or disagree_____.

         If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages

3-4.


_____

_____

_____

_____


-2-

2. You had been serving a term of imprisonment at the Arkansas Department of Correction (ADC) and were ordered released for an omnibus hearing in a pending criminal case against you.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 1.

_____

_____

_____

_____

3.  You were given a list of detainee rules and a notice regarding the inmate telephone system.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 2 & 5.

_____

_____

_____

_____

4.  Your intake papers indicate you were paroled from the ADC and arrested at the Brickey's Unit of the ADC.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 3-4.

_____

_____

_____

_____

5.  On March 3, 2006, you requested to be placed on protective custody because other inmates had hit you "upside the head," kept bumping you as they were walking, were calling you racially derogatory names, and were yelling threats at you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at pages 1-2.

_____

_____

_____

_____

6. In response, you were put on protective custody (pc) that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 2 & Exhibit 3 at page 1.

_____

_____

-4-

_____

_____

      7.  On March 8th, you asked that you public defender be faxed with a request to come

and see you.  In response, you were told to write him.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page

3.

_____

_____

_____

_____

      8.  On March 9th, March 11th, and March 14th you submitted grievances complaining

that your pin number had not been recorded and the phone was not working correctly because

of it.  As a result, you indicated you were having problems calling your bondsman.  In

response, your pin number was reset.  You were told to say your name when you placed a

call.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at

pages 4, 7 & 8.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

9. On March 13th you requested assistance with obtaining an address and making a phone call.  In response you were told a deputy would help you get the address but you would have to use the phone in the cell block for the call.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 5.

_____

_____

_____

_____

10. On March 14th you asked to be put on the list for the public defender.  In response, you were told you were on the list.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 6.

_____

_____

_____

_____

11. On March 20th, you asked to speak with a preacher regarding a recent death in your family.  In response, a note was left for the chaplain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 9.

_____

_____

_____

_____

_____

12.  On March 21st you submitted another request to see a preacher.  In response, you were told the chaplains saw whomever they wish.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 10.

_____

_____

_____

_____

_____

13.  On March 22nd you submitted a request wanting to know if you had any warrants.  In response, you were told there was a failure to appear warrant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

-7-

page 11.

_____

_____

_____

_____

14(A).  On March 22nd you submitted a grievance in which you stated that there was a problem with four or five of the officers harassing you based on race.  You indicated you had tried to pull some sergeants aside to talk about it but they would not listen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 12.

_____

_____

_____

_____

(B).  Lt. Carter spoke with you regarding this grievance and you refused to identify the officers involved.  Lt. Carter told you the problem could not be addressed if you would not identify those involved.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 12 .

_____

AO72A
(Rev. 8/82)

_____

_____

_____

15.  On March 24th you asked for the address of the Child Support Office in Little

Rock.  In response, you were told to ask a friend or family member.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page

14.

_____

_____

_____

_____

16.  On March 25th you asked for the address of the Child Support Office and Captain

Petray gave you the address for the Bentonville office.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page

15.

_____

_____

_____

_____

17.  On March 26th, you submitted a request complaining of racism.  You indicated

you were on recreation and went to the door and asked for indigents.  You state Pruitt jumped

you and told you that you needed to check your attitude and then he threw your stuff and it

ended on the floor.  You stated the situation escalated from there and he and other officers

were in your face because Pruitt was upset.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 17.

_____

_____

_____

_____

18.  In response, Lt. Carter told you that you were expected to obey the rules of the

facility.  What rules of the facility were you not obeying on March 26th?

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

-10-

19.  You submitted a second request on March 26th in which you stated that Sgt. Nance was in the control booth when you were being verbally attacked and harassed during recreation by Pruitt and Collins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 18.

_____

_____

_____

_____

20.  What did Sgt. Nance say when you spoke with her?

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

21.  You submitted a third request on March 26th in which you stated that when you tried to turn in your grievance Collins got in your face and said "Boy got your white's on

-11-

now." Then you state he yelled asking you whether you needed help putting your whites on and that he could get several officers to help hurry you up.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 19.

_____

_____

_____

_____

22. On March 26th you submitted a fourth request in which you stated you believed your life was in danger.  You stated you had been denied medical service.  You also stated you had proof that the detention center personnel were against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 20.

_____

_____

_____

_____

23. Captain Petray responded that your life was not in danger and no one had stated they were going to hurt you.  He indicated he listened to all sides of the story.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-12-

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 20.

_____

_____

_____

_____

24.  Please explain in detail:  (a) who you believed was going to harm you; (b) why you believed they were going to harm you; (c) why you believed the threat was based on your race; (d) whether anyone did physically harm you; and (e) whether you  suffered any physical injury as a result.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-13-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     25(A).  On March 27th you submitted a letter saying that there were problems

between inmate Ortiz and Deputies Nance and Pruitt and the new guys.  You indicate you got

and went to your door to see what was happening.  Out of the blue, you state you were told by

the new guy to shut up.  You indicate you had not said anything.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 16.

_____

_____

_____

-14-

(B).  You state you snapped because no one should talk to you like that for no reason. At that point, you say Pruitt told you to "shut your f------ mouth."  You also state that Pruitt called you boy.  At this point, Pruitt called you back and told you to back away from the door and get on your knees.  Once you did, you state they all rushed in.  Once Sgt. Nance told her deputies to go, you indicate they started talking bad right back and Pruitt became upset.  At this point, you indicate Pruitt sprayed you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 16.

_____

_____

_____

_____

26(A).  On March 27th according to an incident report at 1330 (1:30 p.m.), Pruitt was training new deputies in E-pod when he noticed inmate Ortiz in the pod with a towel around his neck.  Pruitt told Ortiz over the intercom to remove the towel.  Ortiz threw it across the room.  Nance, Reyes, Vanatta, and Pruitt entered the pod.  Ortiz was ordered to his cell.  He complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 2 & 4.

-15-

_____

_____

_____

_____

(B).  As Pruitt left the cell, he noticed Reyes in front of your cell.  You were

screaming obscenities.  Pruitt told you to calm down.  You screamed obscenities at Pruitt.

Pruitt ordered you to stop yelling and go to the back of the cell.  You screamed more

obscenities and told Pruitt to come in there and hurt you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

2 & 4.

_____

_____

_____

_____

(C).  Pruitt called for back-up and then had your cell door opened.  Pruitt ordered you

to go to the back of your cell, get to your knees, and face the wall.  After yelling obscenities,

you complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

2 & 4.

_____

-16-

_____

_____

_____

(D).  Pruitt told you that you were being locked-down for using disrespectful

comments, offensive, abusive or obscene language toward jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

2 & 4.

_____

_____

_____

_____

(E).  You yelled obscenities and turned to face Pruitt.  Pruitt told you repeatedly to

stop yelling and face the wall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

2 & 4.

_____

_____

_____

_____

(F).  Nance instructed Pruitt to spay you with oleoresin capsicum (OC) spray.  Pruitt

-17-

warned you that you would be sprayed if you did not calm down.  You turned and faced Pruitt again and screamed obscenities at him.  Pruitt delivered a one-second burst of spray to your face.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 2 & 4.

_____

_____

_____

_____

(G).  Five minutes later Pruitt, Larkin, and Reyes returned and escorted you to the shower for decontamination.  You were then given new whites and stripes and returned to your cell.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 2 & 4.

_____

_____

_____

_____

(H).  At 1350 (1:50 p.m.) you began to push your emergency button.  You did not have an emergency and were told it was for emergencies only.  You continued to push it for

-18-

ten minutes.  When it was answered you screamed obscenities into the intercom.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

2 & 4.

_____

_____

_____

_____

(I).  Pruitt came to your cell.  Before he entered your cell, you were instructed to lie on

your stomach with your arms to the side.  You complied and Pruitt, Larkin and Bryson

entered.  Bryson explained the button was for emergencies only.  You only laughed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

3 & 5.

_____

_____

_____

_____

(J).  You were given a disciplinary on March 28th for using disrespectful comments

by using abusive or obscene language toward jail staff and one for refusing to obey the order

of a deputy.  You were found guilty and given ten days lock-down and loss of privileges.

You appealed and the decision was upheld.

-19-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 6 & 7.

_____

_____

_____

_____

27.  On March 27th you submitted a request in which you stated that the new Mexican jailer verbally called you boy and "nigger."  You stated you were roughed up, maced, and embarrassed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 21.

_____

_____

_____

_____

28.  On April 2nd you stated you would like to have Bible study and speak with a preacher.  In response, the chaplain's office was notified.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page

-20-

27.

_____

_____

_____

_____

29.  On April 2nd you submitted a request form stating that you had submitted several forms about racism and had not received them back.  In response, you were told the request would be addressed by the lieutenant or the captain and they did not work on weekends so it might take a few days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 28.

_____

_____

_____

_____

30.  On April 4th you submitted a request asking for your forms back on the racist issue.  You stated you still believed your life was in danger.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 33.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

31.  On April 4th you stated you just got out of prison and your daughter would be coming to visit you.  You asked to speak to someone about getting off lock-down.  In response, you were told you were not allowed visits while on lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining please refer to Defendants' Exhibit 2A at page 34.

_____

_____

_____

_____

32.  On April 5th you submitted a grievance stating that you had received the paperwork to file a lawsuit regarding racism, physical abuse, and sexual abuse.  In response, you were told you could file whatever lawsuit you wanted but no one was discriminating against you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2A at page 35.

_____

_____

-22-

_____

_____

    33.   You have not previously mentioned any "sexual abuse in any of your grievances."  Please state:  (a) what you mean when you state you were subjected to "sexual abuse;" (b) who subjected you to sexual abuse; (c) whether you submitted grievances about the "sexual abuse;" and (d) whether you suffered any physical injury as a result of the sexual abuse.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-23-

_____

_____

_____

_____

_____

_____

_____

_____

_____

34.  On April 6th you submitted a grievance complaining of discrimination.  You

stated you slipped in your cell and busted your middle finger on your right hand.  You

indicated you pushed the button for help and were told to wait.  If you had been a white

inmate, you state the deputies would have been quick to help you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 36.

_____

_____

_____

35.  In response, Captain Petray stated this was not a race issue.  He stated all inmates

were treated alike.  He indicated that if you had a medical problem you needed to fill out a

medical request because the doctor made all decisions regarding medical care at the jail.

-24-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 36.

_____

_____

_____

36.  To obtain medical care at the detention center you were required to fill out a

medical request.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

37.   Medical requests were reviewed by the jail nurse Sue McDonald and/or the jail

doctor Dr. Mullins.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

38.  On April 7th you requested copies of every request and grievance you had

submitted.  In response, you were told all grievances that Captain Petray received were

-25-

answered and then returned to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 37.

_____

_____

_____

39. On April 10th, you complained that the water in your cell needed to be fixed. Captain Petray responded that maintenance had been contacted about it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 41.

_____

_____

_____

40.  On April 11th you complained that the mats were unsanitary and you had gotten a boil in your pubic area since you were on lock-down.  You asked that the mats be sanitized before being passed out at night.  In response, you were told they were sanitized each time before they were passed out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 42.

AO72A
(Rev. 8/82)

_____

_____

_____

41.   You complained about the water again on April 11th.  You stated when you got a

drink from the sink water shot up to the ceiling.  Captain Petray responded that maintenance

had been contacted.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 43.

_____

_____

_____

42.   You requested copies of your grievances regarding racism on April 13th.

Captain Petray responded that you had received copies when they were responded to and that

they would not make additional copies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 44.

_____

_____

_____

43.  On April 14th you submitted a grievance complaining of discrimination and a

-27-

race issue.  You stated you were on lock-down and had been denied visitation with your daughter however others on lock-down had visitation.  In response, you were told inmates on lock-down do not get regular visitation only visits with their attorneys etc.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 45.

_____

_____

_____

_____

_____

44.   Do you have some reason to believe other inmates on lock-down were allowed to have regular visitation with family members?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the name of the inmate or inmates who had regular visitation with family members; (b) the date or dates; (c) how you know the inmate or inmates had regular visitation with family members as opposed to having a visit from an attorney or bondsman, etc.; and (d) the race of the inmate or inmates who had regular visitation with family members.

_____

_____

-28-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    45.  On April 14th you submitted a grievance in which you stated every time you pushed the button for medical attention the deputies turned the speaker off.  In response, you were told that if you had a medical problem you needed to fill out a medical request.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 47.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

46. On April 26th you submitted a grievance complaining that Pruitt called you boy

again.  In response, Captain Petray stated he would have the lieutenant talk to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 53.

_____

_____

_____

_____

47. Other than calling you boy on April 26th did Pruitt harm you in anyway?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail.

_____

_____

_____

_____

_____

_____

_____

_____

-30-

_____

_____

_____

_____

48.  On May 3rd you submitted a grievance stating the guards threatened to hurt your family.  You indicated your family came to visit you and Nance and Pruitt turned them away because they were a couple of minutes late.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 59.

_____

_____

_____

_____

49.  Please explain how the "guards threatened to hurt your family" simply because your family was turned away because they were late for visitation.

Answer:

_____

_____

_____

_____

_____

-31-

_____

_____

_____

50.  On May 3rd you submitted a grievance stating you had been discriminated against.  You indicated you had been told over the intercom by Deputy Coleman to get dressed because you were going to see the doctor.  While you were washing your face your door opened.  You then began brushing your teeth.  Coleman got back on the intercom and told you to come.  You stated you were brushing your teeth.  You finished and then went to the door and she told you to step back and shut your door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 60.

_____

_____

_____

_____

51.  Captain Petray responded to your grievance that the detention center ran on a schedule and when inmates were told to do something they expected it to be done.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at page 60.

_____

_____

_____

_____

52.  You did not go out your cell door when instructed to do so by Coleman.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

53.  On May 3rd you submitted a grievance stating you knew the Captain wanted to

do you serious bodily harm.  You stated he sent a deputy that had violated you down to deal

with him.  Captain Petray responded he did not know what you were talking about.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 58.

_____

_____

_____

_____

54.  On May 3rd you submitted a request to see a free world doctor about your chest

pains.  You stated every time you went to see the "preacher slash doctor" he rushed you along

-33-

with his helper the nurse.  You stated you didn't want to deal with them because you thought

they were going to hurt you.  When they did give you medicine you state you broke out in a

rash.  In response, Captain Petray stated the doctor made all medical decisions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 61.

_____

_____

_____

_____

55.  On May 3rd you submitted another grievance regarding discrimination.  You

stated you didn't know what was planned for you but they were not going to hurt you and get

away with it or deny you medical treatment.  In response, Captain Petray stated that no one

was trying to get you and the doctor made medical decisions at the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2A at

page 62.

_____

_____

_____

_____

56.  On May 3rd you submitted a medical request stating you had boils everywhere.

-34-

You state you began brushing your teeth and then the deputy refused to allow you to go see the doctor.  In response, Captain Petray stated he would forward your request to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 1.

_____

_____

_____

_____

57.  On May 5th you submitted a grievance stating Deputy Barett had not given you your medication.  Barett told you he thought you refused the medication.  You stated you said open the door.  Barett indicated he could not hear you.  In response, Captain Petray told you that you were called numerous times to come and get your medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 2.

_____

_____

_____

_____

58.  On May 5th your submitted a grievance stating you were being denied your medication and the officers wanted you to suffer bodily harm.  Petray responded you were

receiving your medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

page 4.

_____

_____

_____

_____

59.  On May 5th you complained a deputy had called you boy.  You stated the

deputies were working against you again.  Captain Petray responded by asking you who had

called you boy and said all inmates were treated equally.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

page 5.

_____

_____

_____

_____

60.  Did you tell Petray who called you boy?

Answer:  Yes _____ No _____.

Explain your answer:

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

61.  On May 5th, you stated you had a boil on your backside and got to see the doctor but he really didn't want to help you.  You stated you needed a dressing.  Petray responded that the doctor made all medical decisions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 6

_____

_____

_____

_____

62.  On May 5th you complained you were being denied medical treatment.  You stated you should not be denied medical treatment because you were black.  Please explain in detail why you believe you were being denied medical treatment because of your race.

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

63.  Each time you requested that something in your cell be fixed, Petray responded that he would have maintenance check on it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

-38-

pages 8 and 12.

_____

_____

_____

_____

64(A).  On May 12th you stated you were cleaning your cell when you sat on the

bottom bunk and it broke.  You indicated you fell and threw your hip out of place.  You

stated you were also having lower back pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

page 14.

_____

_____

_____

_____

(B).  On May 13th Deputy Thomas Lee reported that you called him over to your cell

and told him that you had hurt your back on May 10th when a bed you sat on fell to the

ground.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

-39-

_____

_____

_____

(C). Lee noted that you seemed to be having problems walking and standing straight.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

_____

_____

_____

(D). On May 14th, Lee stated he again noticed you were having the same problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

_____

_____

_____

(E). On May 15th at 8:30 a.m. when Lee informed you that you were going to see the

nurse and needed to get ready. Lee opened your door and you came walking out with what

seemed to be no pain or problems. Lee noted you had no pain or problems walking around

-40-

the rest of the day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

8.

_____

_____

_____

_____

65.  On May 16th you submitted a grievance complaining you had been slapped in the

face and spit on by deputies.  Lt. Carter responded that he had spoken with you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

page 18.

_____

_____

_____

_____

66.  Please state:  (a) who slapped you in the face and spit on you; (b) when this

occurred; (c) what was happening when it occurred; (d) whether you suffered any physical

injury as a result; and (e) whether you were charged with a disciplinary as a result of anything

you did during the occurrence.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

67.  On May 16th you submitted a grievance stating you needed legal assistance

concerning the sexual abuse by a deputy who put his finger up your anus.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-42-

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 18.

_____

_____

_____

_____

68(A).   On Mary 20th Deputy Monroe reported that when you got off the phone you began kicking the door of cell 121.  Monroe called you to pod control and asked why.  You stating that you had been flipped off by inmate Richardson and were retaliating because of the gesture.  Monroe told you he did not see the gesture and instructed you to return to your cell.  You complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

(B).   You were charged with a disciplinary as a result of kicking and banging on the cell door, found guilty, and given ten days lock-down and loss of privileges.  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-43-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 11.

_____

_____

_____

_____

(C).  On May 21st you stated you had been spit on by deputies and been called boy by two of the deputies yesterday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 21.

_____

_____

_____

_____

(D).  Please state:  (a) who spit on you and called you boy; (b) when this occurred; (c) what was happening when it occurred; (d) whether you suffered any physical injury as a result; and (e) whether you were charged with a disciplinary as a result of anything you did during the occurrence.

_____

_____

_____

-44-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        69(A).  On May 21st you submitted a grievances stating that deputies and sergeants

called you a "stupid a-- nigger" and "placed threats against your family."  In response you

were asked who called you this.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at

-45-

pages 22 & 25.

_____

_____

_____

_____

_____

     (B).  Please state:  (a) who called you a "stupid a-- niggar" or "niggar;" (b) when this occurred; (c) what was happening when it occurred; (d) how your family was threatened; (e) who threatened your family; (f) when your family was threatened; and (g) whether you were charged with a disciplinary as a result of anything you did during either of these occurrences.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-46-

_____

_____

_____

_____

_____

_____

_____

     70.  On May 27th, you complained a female deputy called you "niggar boy."  Please state:  (a) the name of the deputy; (b) when this occurred; (c) what was happening when this occurred; and (d) whether you were disciplined for anything that happened during this occurrence.  (See Defendants' Exhibit 2B at page 27).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-47-

71.   On May 27th you complained about deputies threatening your family.  Please state:  (a) the names of the deputies; (b) when this occurred; (c) how the deputies threatened your family; (d) what was happening when the threats were made; and (e) whether you were disciplined for anything that happened during this occurrence.  (See Defendants' Exhibit 2B at page 28).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

72.   On May 30th you complained that three deputies spit in your face and Petray didn't care.   Please state:  (a) the name of the deputies; (b) when this occurred; (c) what was happening when this occurred; and (d) whether you were disciplined for anything that happened during this occurrence.  (See Defendants' Exhibit 2B at page 32).

_____

_____

_____

-48-

_____

_____

_____

_____

_____

_____

_____

73. On May 30th you submitted a grievance stating Sgt. Wiems called you a racist name and called you a "stupid black mother f-----."  you complained a female deputy called you "niggar boy."  Please state:  (a) the name of the deputies involved; (b) when this occurred; (c) what was happening when this occurred; and (d) whether you were disciplined for anything that happened during this occurrence.  (See Defendants' Exhibit 2B at page 32).

_____

_____

_____

_____

_____

_____

_____

_____

_____

-49-

74.  On May 30th you submitted a grievance complaining that it wasn't fair that the deputies could yell and cuss at the inmates but the inmates could not do it.  Petray responded that no one was doing those things to you.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at page 39.

_____

_____

_____

_____

_____

75.  You submitted a number of other grievances on May 30th complaining about your treatment.  You also complained that they were quick to put you on lock-down.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2B at pages 34, 37, and 40, 42.

_____

_____

_____

_____

_____

76(A).  On June 2nd you submitted two grievances complaining of racism.  In the first

-50-

grievance, you said deputies were making racist comments over the intercom toward you.  In the second grievance, you said the deputies were picking at and on you.  Please state:  (a) who made the comments and/ or picked on you; (b) what the comments were or how they picked on you; (c) how you were harmed by the comments or being picked on; and (d) what was occurring when the comments were made or you were being picked on.  (See Defendants' Exhibit 2B at pages 44 & 46).

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  On June 3rd all the cleaning supplies were in the day room so inmates could clean their cells.  You were out for recreation.  You asked to go out into the recreation yard.  Deputy Vaughn and Deputy Paul then began restocking the cleaning closet.  They noted the straw out of the broom all over the day room.  The broom had been disassembled.  They pulled you out of the recreation yard and asked you want happened.  You stated you began to use it and it fell apart.  Paul told you all other inmates used the broom without it falling apart.

-51-

Paul then noticed the string that held the straw together was missing.  A shake down was conducted but it was not found.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 12 & 13.

_____

_____

_____

_____

(C).  You received a disciplinary for destroying property, you were found guilty and locked down for thirty days with loss of privileges.  You appealed and the decision was reversed because of a lack of supporting evidence.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

77.  On June 7th and 10th you submitted grievances complaining about racist deputies and asking to speak to the lieutenant.  In response you were told to put your complaints in writing and that you had not been cooperative the last time Lt. Carter spoke with you.  You

-52-

did not put your complaints in writing.  Please explain why.  Also please explain how you did

not cooperate when Lt. Carter spoke with you.  (See for example Defendants' Exhibit 2B at

pages 55 & 56 and Defendants' Exhibit 2C at pages 1-3).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

78.  On June 17th you submitted a grievance stating that the problem was that now

you would not give into them they mess with you "harder" still calling you names.  You

stated you did not listen to them.  You state you had already told Petray who was involved

and you said there was more of them and Petray had told you that you would talk so you were

waiting on him.  In response, Petray said they had talked to the deputies and no one was

calling you names.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 4.

_____

_____

_____

_____

_____

79.  On June 17th you submitted a grievance to Lt. Carter listing Deputies Smith, Bofoni, Paul, McCully, Sharp, and Vantana, as some of the deputies who were being racist toward you.  You asked if you could now speak to him.  In response, Petray stated they had seen nothing to indicate anyone was being racist towards you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 5.

_____

_____

_____

_____

_____

80(A).  On June 20th Collins was checking cells to find part of a newspaper that inmates had hidden in their cells.  When he came to your cell, he told you to step away from your door.  You replied:  "I don't want no shit from you!  Whatever deputy comes in here I am going to pop them before they can even get their spray out."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-54-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

(B).  Collins asked you to remain calm.  You threw your bedroll and mat at the door and began throwing your books and papers around the room.  Collins called for backup.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

(C).  Collins, Nance, Larkin, Lee, and Echols entered your cell and told you that you were threatening a deputy and would be looked down.  They took your bedroll and mat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

-55-

_____

_____

(D).  You were charged with a disciplinary for threatening a deputy, found guilty, and given thirty days lock-down and loss of privileges.  You appealed and the decision was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

_____

_____

(E).  On June 21st and June 22nd, you asked to be taken off PC lock-down and moved next door.  In response, you were told you would remain in E-102 until you got off of lock-down then you would be moved back to general population.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at pages 7, 8 & 10.

_____

_____

_____

_____

-56-

81(A).  On June 23rd you submitted a request stating you had been locked down on the 20th and wanted to appeal.  You asked when they were going to find time to speak with you.  In response, you were told all appeal processes were current.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 11.

_____

_____

_____

_____

_____

(B).  You appealed your June 20th lock-down on June 21st.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

_____

_____

82.  On June 23rd you asked to be taken off pc.  In response you were told you would remain on your current housing status.

-57-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 12.

_____

_____

_____

_____

83(A).  On June 23rd, you submitted a request to speak to Lt. Carter about the

problems you were having with deputies.  In response, he said he would speak to you.  Please

describe the problems you were having and what response Lt. Carter made.  (See Defendants'

Document 2C at page 13).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-58-

_____

_____

_____

_____

_____

(B).  On June 25 Deputy Grant at 1:40 p.m. called you to pod control for medication.

After you received your medication, you asked to use cleaning supplies to clean up urine an

inmate had thrown under your cell door.  Grant gave you permission.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

17.

_____

_____

_____

_____

(C).  Grant returned to passing out medication.  He then looked into E-102 and saw

you on the top tier.  He called into E-102 and told you to return to your cell.  You complied.

The inmates in cell 215 pressed the emergency button and notified Grant that you had thrown

urine under their door.  Grant looked up and saw you placing a spray bottle on the table.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

17.

-59-

_____

_____

_____

_____

     (D).  Grant called Sgt. Wiems and notified her of the situation.  She came to E-pod and advised Grant to have you clean up cell 215.  Grant escorted you to cell 214 and you mopped the cell.  You were then taken back to your cell and informed you would be locked down for assaulting another inmate.  Your cell was searched and sugar packets, two extra tubes of toothpaste, and an extra toothbrush was found.  You were also told you would be locked down for concealing items from jail staff.

     Agree_____  Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 17.

_____

_____

_____

_____

     (E).  On June 25th at 8:40 a.m Larkin observed you walking in circles and yelling at inmate Bielawaski near the E-102 door.  You grabbed Bielawaski around the neck.  All inmates were ordered to get down on the floor.  You continued to fight with Bielawaski.  Adams gave you one knee strike to your common peroneal.

     Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 18 & 19.

_____

_____

_____

_____

(F).  You fell to the floor but continued to swing and kick Larkin administered a short burst of oleoresin capsicum spray to your face.  You continued to kick and fight.  Larkin ordered you repeatedly to stop resisting.  You did not comply and continued to fight and kick. Larkin struck you one time on your right leg with his collapsible baton on your common peroneal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 18 & 19.

_____

_____

_____

_____

(G).  Larkin gained control of your legs and Adams put you in handcuffs.  You were escorted to E-pod control.  You were told you were going to be locked down for fighting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit  at pages

-61-

18 & 19.

_____

_____

_____

_____

(H).  You were taken to the shower to be decontaminated and given new whites and stripes and placed back to your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 19.

_____

_____

_____

_____

84.  With respect to your claim you were denied medical care, please answer the following:

(A) What were your serious medical needs?

Answer:

_____

_____

_____

_____

-62-

_____

_____

_____

_____

_____

_____

_____

_____

(B).  You were seen by Nurse McDonald or Dr. Mullins on multiple occasions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C).  You were prescribed medication on several occasions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

(D).  You received all medication prescribed for you by Nurse McDonald or Dr.

Mullins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____


(E).  You received all medical care Nurse McDonald believed in the exercise of her

medical judgment you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

_____

_____

_____


(F).  You received all medical care Dr. Mullins believed in the exercise of his medical

judgment you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.


_____

-64-

_____

_____

_____

(G). All decisions regarding your medical care and treatment were made by Nurse McDonald or Dr. Mullins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

(H). Explain in detail how you believe Nurse McDonald exhibited deliberate indifference to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(I).  Explain in detail how you believe Dr. Mullins exhibited deliberate indifference to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

(J).  Did you suffer any physical injury as a result of any delay in your receiving

medical care while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please:  (a) describe the physical injury; (b) the symptoms you

experienced; (c) the severity of the symptoms; (d) whether you sought, or received, medical

care as a result of the injury; and (e) how long it took you to recover from the injury.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-67-

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

85.  On June 28th, you complained that you had received more disciplinaries and believed they were based on racism.  However, you do not explain how you believe they were based on racism.  Please explain.  (See Defendants' Exhibit 2C at page 15).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-68-

_____

_____

_____

_____

_____

86(A).  On June 30th at 9:36 a.m. Deputy Sheppard was assigned to E-pod when you began kicking the door and shouting:  "F— you, Sheppard, you are nothing but a punk a– bitch."  Sheppard called for back-up and told you to go to the back of your cell, get on your knees, and face the wall.  You complied.  You were asked why you were kicking the door and would not answer.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 20.

_____

_____

_____

_____

(B).  A search of your cell was conducted and food was found, an extra towel, extra envelopes, and a newspaper clipping.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 20.

-69-

_____

_____

_____

_____

     (C).  During the search, you stated a deputy kicked you while you were on the ground.

Sheppard observed no one kick you.  Sheppard informed you that you were being locked

down for concealing items from jail staff.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

20.

_____

_____

_____

_____

     (D).  On June 30th, you submitted two grievances stating that Sharp had kicked you

while you were on your knees with your hands behind your back facing the wall.  Please

explain:  (a) why Sharp was in your cell; (b) why you were on your knees at the wall; (c)

whether you suffered any injury as a result of the kick and what those injuries were; and (d)

whether you were given a disciplinary as a result of your conduct.  (See Defendants' Exhibit

2C at pages 18 & 23).

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    87.  On June 30th you submitted two separate requests complained that the nurse had not given you anything to cover your leaking boils or for your ear.  In response, Petray told you to fill out a medical request.  In the second one, he said he would forward your request to medical.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 19 & 21.

_____

_____

_____

_____

    88.  On June 30th you complained you were not given cleaning supplies and you were

AO72A
(Rev. 8/82)

called "nigger" again.  In response, Petray said you were given cleaning supplies and no one was calling you that word.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 20.

_____

_____

_____

_____

89.  On June 30th, you filled out a grievance stating that Deputy Sheppard had commented he would slap your "nigger" face.  Please state what was occurring and where you were when Deputy Sheppard made this comment.  (See Defendants' Exhibit 2C at page 22).

_____

_____

_____

_____

_____

_____

_____

_____

90.  On June 30th, you submitted a grievance stating that "it's the nigger again."  You

-72-

indicated you knew Petray was behind it all.  You said Sheppard had told you he didn't hate you just disliked your "black a–."

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 25.

_____

_____

_____

_____

      91.  On July 1st you submitted a grievance addressed to the "racist captain."  It stated: "Hello Masta.  I hope your not getting made at poor lil nigger boy be-cuz I'm in real bad need of help boss why won't you help me don't you control the jail."

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 26.

_____

_____

_____

_____

      92.  On July 1st you submitted another grievance complaining that the deputies are working against you to keep you from getting any help or treatment.  You also said you knew Petray was behind it all.  You stated his responses to your grievances were garbage.  You

stated you remembered Petray calling you nigger to your face.  You stated you enjoyed it and

"do it again please master."  In response, Petray said he never called you anything to your

face.  You are lying."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 27.

_____

_____

_____

_____

93.  You submitted several complaints about racism again on July 2nd and July 3rd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 28, 37, 38.

_____

_____

_____

_____

94.  On July 2nd, you submitted another grievance stating you were being denied

proper medical treatment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 29.

_____

_____

_____

_____

95(A).  On July 2nd you submitted a grievance complaining you were not being allowed to clean your cell.  In response, you were told you were allowed to clean your cell daily.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 30.

_____

_____

_____

_____

(B).  Please state:  (a) whether you were in a cell by yourself; (b) how you obtained cleaning supplies; (c) when cleaning supplies were normally distributed; (d) who distributed the cleaning supplies; and (e) whether they were distributed daily or on some other basis.

_____

_____

_____

_____

-75-

_____

_____

_____

_____

_____

_____

_____

96.  On July 2nd you submitted several grievances asking to see the doctor and for

medical treatment.  Please explain why you did not submit a medical request.  (See

Defendants' Exhibit 2C at pages 31-34).

_____

_____

_____

_____

97.  On July 2nd you submitted a grievance stating Larkin called you nigger and had

been threatening to mace you all day.   Please explain:  (a) what was occurring when Larkin

was threatening to mace you; (b) were you involved in any kind of an altercation; and (c)

were you charged with a disciplinary as a result of your conduct.

_____

_____

_____

-76-

_____

_____

_____

_____

_____

_____

_____

_____

98.  On July 2nd you submitted a grievance asking Petray:  "Masta why do you keep

seeking your deputies on me boss I have been a good slave while here at the BCSO."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 36.

_____

_____

_____

_____

99.  On July 4th, you submitted a grievance stating you had chest pains.  In response,

you were told if you had medical problems to fill out a medical request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

-77-

page 39.

_____

_____

_____

_____

100(A).  At 8:00 p.m. Deputy Hammack was assigned to E-pod.  You had eight request forms to be turned in.  When Hammack got to pod control he noted that you had dated five of the request forms with the wrong dates starting with July 1st through the 4th. The other three had the correct date.  Hammack informed Sgt. Wiems and she came out and took all the request forms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 21.

_____

_____

_____

_____

(B).  On July 5th you asked for your skin creme out of property.  In response, you were told to fill out a medical.  You referred to yourself as a "nigger boy coon" in the grievance.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 40.

_____

_____

_____

_____

101.  On July 5th you asked for access a law book.  In response you were told to contact your attorney.  You referred to yourself as a "nigger" and Petray as "masta."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 43.

_____

_____

_____

_____

102(A).  On July 5th, you submitted a grievance stating you were having chest pain.  You indicated you had put in medical requests but the medical staff had been told by Petray not to help you.  Petray responded that he did not make medical decisions.  You referred to yourself as nigger and stated you were sorry you couldn't shine his shoes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 44.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

      (B).  Please explain why you believe Petray told the medical staff not to treat you.

_____

_____

_____

_____

_____

_____

_____

_____

      103.  You submitted a second grievance on July 5th referring to yourself as a "nigger" and Petray as "masta."  You stated you needed your creams out of your property and had a rash and the nurse would not help you.  In response you were told to fill out a medical request and the doctor made the medical decisions in the jail.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 45.

_____

_____

_____

_____

104.   On July 8th you submitted a grievance apologizing for your behavior and noting you had been baptized.  You asked for the skin cream you brought with you from prison. Petray responded that the doctor made medical decisions at the jail and you would have to discuss the cream with him.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 48.

_____

_____

_____

_____

105.   On July 23rd you submitted a grievance asking to speak to the doctor for pain in your knee.  In response, you were told the grievance would be forwarded to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 51.

_____

_____

_____

_____

106(A).  On July 27th you submitted a grievance saying that Dr. Mullins handled you

-81-

rough and inflicted pain on you.  You stated Reams was there and smiling and laughing at the way the doctor was treating you.  You also said Ream was one who had called you racist names and touched you sexually in your pants.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at page 53.

_____

_____

_____

_____

(B).  Please explain how Dr. Mullins was treating you rough and inflicting pain on you.

_____

_____

_____

_____

_____

_____

_____

_____

107.  On August 5th you asked if you could call a bondsman or lawyer while on lock-down and you were told you could.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2C at

page 55.

_____

_____

_____

_____

108.  On August 11th you submitted a grievance stating that you had been allowed to

clean daily but today Adams, the one who spit in your face, tried to fight with you on the

cleaning issue.  Please explain what you mean when you say he tried to fight with you on the

cleaning issue.

_____

_____

_____

_____

_____

_____

_____

_____

109.  Do you contend a custom or policy of Benton County was the moving force

behind the violation of your constitutional rights?

Answer:  Yes _____ No _____.

-83-

If you answered yes, please describe in detail the custom or policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

110.  You do not mention any actions taken personally by Sheriff Ferguson.  Was Sheriff Ferguson ever directly involved in any of the incidents?

Answer:  Yes _____ No _____.

If you answered no, please explain in detail how you believe Sheriff Ferguson

-84-

violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

111.  Other than responding to your grievances and requests, you do not mention any

actions taken by Petray personally.  Was Petray ever directly involved in any of the incidents?

Answer:  Yes _____ No _____.

-86-

If you answered no, please explain in detail how you believe Petray violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

112.   Please explain in detail how you believe Pruitt violated your federal

constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-88-

113.  Please provide the date you were released from the BCDC.

Answer:

_____

_____

_____

_____


     Detail below any further response you would like to make to defendants' summary judgment motion.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-89-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

AO72A
(Rev. 8/82)

TRUE AND CORRECT.

      EXECUTED ON THIS _____ DAY OF _____ 2007.

                               _____
                                 ROBERT RANDLE

**AO72A**
**(Rev. 8/82)**