IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RANDLE                                                                                  PLAINTIFF

        v.                          Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY
PRUITT; DR. NEIL MULLINS;
and NURSE SUE McDONALD                                                                  DEFENDANTS

**O R D E R**

On May 21, 2007, the court entered an order (Doc. 21) giving the plaintiff until June 18, 2007, to complete, sign, and return a questionnaire that would be filed as his response to defendants' summary judgment motion. On June 4, 2007, mail was returned as undeliverable to the court including the court's May 21st order. On June 13th, the court entered a change of address on the plaintiff's behalf and all mail that had been returned to the court was re-sent to the plaintiff.

Plaintiff is hereby given an extension of time until **July 16, 2007, to complete, sign, and return his response to the court's questionnaire. Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 27th day of June 2007.

                                        /s/ *J. Marschewski*
                                       HON. JAMES R. MARSCHEWSKI
                                       UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)