IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RANDLE                                                                                       PLAINTIFF

           v.                           Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY
PRUITT; DR. NEIL MULLINS;
and NURSE SUE McDONALD                                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2006. He proceeds pro se and *in forma pauperis.*

When he filed the case, the plaintiff was incarcerated at the Benton County Detention Center (BCDC). On January 12, 2007, mail sent to the plaintiff at the BCDC was returned as undeliverable. On January 17th, the court was able to enter a change of address on the plaintiff's behalf by obtaining from detention center officials the home address plaintiff provided when he was booked in (Doc. 20).

On May 21, 2007, the court entered an order (Doc. 21) giving the plaintiff until June 18, 2007, to complete, sign, and return a questionnaire that would be filed as his response to defendants' summary judgment motion. On June 4, 2007, mail was returned as undeliverable to the court including the court's May 21st order.

On June 13th, the court was able to enter a change of address (Doc. 22) on the plaintiff's behalf by utilizing a website maintained by the Arkansas Department of Correction. All mail that had been returned to the court was re-sent to the plaintiff.

-1-

AO72A
(Rev. 8/82)

Plaintiff was given an extension of time until July 16, 2007, to complete, sign, and return his response to the court's questionnaire. Plaintiff was advised that his failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

To date, the plaintiff has not responded to the court's questionnaire. Plaintiff has not requested an extension of time to respond to the questionnaire. Plaintiff has not communicated with the court in anyway. The court's order has not been returned as undeliverable.

I therefore recommend that this action be dismissed based on the plaintiff's failure to prosecute this action and his failure to obey the order of the court. Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 3rd day of August 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE