IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RANDLE                                                              PLAINTIFF

        v.                    Civil No. 06-5083

SHERIFF KEITH FERGUSON; CAPTAIN
HUNTER PETRAY; DEPUTY PRUITT;
DR. NEIL MULLINS; and NURSE
SUE McDONALD                                                               DEFENDANTS

### O R D E R

Now on this 10th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #24), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE